U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 18 2012

TON* R. MOOR*
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 12-CR-00146 |
| | * | 21 U.S.C. § 846 |
| | * | 21 U.S.C. § 841(b)(1)(C) |
| VERSUS | * | 21 U.S.C. § 813 |
| | * | 21 U.S.C. § 802(32)(A) |
| | * | |
| BOYD ANTHONY BARROW  (01) | * | JUDGE Foote |
| JOSHUA ESPINOZA  (02) | * | |
| RICHARD JOSEPH BUSWELL  (03) | * | MAGISTRATE JUDGE Hanna |

**INDICTMENT**

THE GRAND JURY CHARGES:

COUNT 1

**CONSPIRACY TO DISTRIBUTE A SCHEDULE I
CONTROLLED DANGEROUS SUBSTANCE**

21 U.S.C. § 846

Beginning on or about the 1st day of March 2011, until on or about the 8th day of December 2011, in the Western District of Louisiana and elsewhere, the defendants, BOYD ANTHONY BARROW, JOSHUA ESPINOZA, and RICHARD JOSEPH BUSWELL did knowingly and intentionally combine, conspire, confederate and agree together, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States, that is, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of AM-2201, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802 (32)(A), knowing that the

substance was intended for human consumption as provided in 21 U.S.C. § 813, all in violation of Title 21, United States Code, Sections 846, 841(b)(1)(C), 813, and 802(32)(A). [21 U.S.C. §§ 846, 841(b)(1)(C), 813, and 802(32)(A)].

## OVERT ACT

In furtherance of this conspiracy and to effect and accomplish the objects thereof, one or more of the conspirators committed and caused to be committed the following overt act:

From on or about March 1, 2011 to December 31, 2011 Curious Goods received approximately $5,000,000.00 in gross sales receipts. During this same time period, Curious Goods paid Pinnacle Products L.L.C./Pinnacle Products Group through a series of checks and wire transfers approximately $1,500,000.00.

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(C), 813, and 802(32)(A). [21 U.S.C. §§ 846, 841(b)(1)(C), 813, and 802(32)(A)].

## FORFEITURE ALLEGATION

21 U.S.C. § 853

A.  The allegations contained in Count 1 are incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853. [21 U.S.C. § 853].

B.  As a result of the violations in Count 1 of this Indictment, the defendants, BOYD ANTHONY BARROW, JOSHUA ESPINOZA, and RICHARD JOSEPH BUSWELL shall forfeit to the United States any property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as the result of said violations, and any property

used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations, such property includes but is not limited to the following:

1. $341,859.37 seized on December 8, 2011 from MidSouth Bank Account # 1145592, a checking account registered to Pinnacle Products L.L.C.

2. $94,355.36 seized on December 8, 2011 from MidSouth Bank Account # 1145290, a checking account registered to Curious Goods L.L.C.

3. $26,025.38 seized on December 8, 2011 from MidSouth Bank Account # 1145347, a checking account registered to Curious Goods L.L.C.

4. 2006 Mercedes Benz X65 Sedan, VIN# WDBNG79J06A473372

5. 2005 Baja Outlaw Speed Boat, HULL# US AGC48104D505; and

6. 2002 Pontiac Firebird VIN# 2G2FV22G422119810.

C. By virtue of the commission of the offenses charged in this Indictment by the defendants, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to Title 21, United States Code, Section 853.

D. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third person;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or

5. has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants, up to the value of the property identified as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853. [21 U.S.C. § 853].

A TRUE BILL:

*REDACTED*

STEPHANIE A. FINLEY
United States Attorney

_____
J. COLLIN SIMS, ID # 30727
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: 337-262-6618